# SCHEDULE A

## **SCHEDULE A**

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-2049
Owner: Jose Roel Montalvo, et al.
Acreage: 0.062

**BEING** a 0.062 acre tract (2,717 square feet) parcel of land, more or less, being out of a called 0.103 acre tract, said tract being a portion of Share 23-a, Porcion 66, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, recorded in Document No. 2006-255493 and Document No. 2007-267726, Official Records of Starr County (O.R.S.C.), Texas, conveyed to The Known and Unknown Heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, Heron Ramirez, Uvaldo R. Ramirez, Jose Humberto Ramirez, Jr., Ricardo Javier Ramirez, Artemio Ramirez, The Unknown Heirs of Romeo Ramirez, Jose Ramon Guerra, Xavier Fernando Guerra, Esmeralda Noelia Guerra and Carlos J. Benavides, said 0.103 acre tract is described in Document No. 1971-79468, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Jose and Eusebia Montalvo, said 0.062 acre tract (2,717 square feet) parcel of land being more particularly described as follows;

**BEGINNING**: at a found 3 inch iron pipe, designated as "RGV-RGC-2016-3=RGV-RGC-2049-1" having a coordinate value of N=16673649.303, E=792342.206, said point being the northwest corner of the herein described proposed acquisition tract, said point being the northwest corner of said Share 23- a, Porcion 66 and the northwest corner of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, said point being an exterior corner of Share 3-b, Porcion 66 and an exterior corner for a called 5.63 acre tract, recorded in Document No. 1988-143717, Document No. 1981-107206 and Document No. 1988-143691, conveyed to Rosalinda G. Rosales, Eusebia Guerra Montalvo and Mary Lou Guerra, said point being on the south line of a called 0.53 acre tract, recorded in Document No. 2016-329741, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Carlos J.

**SCHEDULE C (Cont.)**

Benavides, et al, said point being on the south line of Share 23-b, Porcion 66, said point also being S 88°49'16" W, a distance of 3503.39 feet from United States Corps of Engineers Control Point No. SS07-2019 ("B&F Engineering, Inc." aluminum cap in concrete);

**THENCE:** S 34°33'09" E, along the south line of said Share 23-b, the south line of said Carlos J. Benavides, et al tract, the north line of said Share 23-a and the north line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, a distance of 30.04 feet to a computed point, designated "RGV-RGC-2049-2=RGV-RGC-2050-4" for the northeast corner of the herein described proposed acquisition tract, said point being the northeast corner of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract and the northwest corner of a called 3.017 acre tract, recorded in Document No. 2016-329741, Document No. 2006-255493 and Document No. 2007-267726, Official Records of Starr County (O.R.S.C.), Texas, conveyed to Heron Ramirez, et al, said Heron Ramirez, et al tract described in Document No. 1940-13857, Official Records of Starr County (O.R.S.C.), Texas;

**THENCE:** S 47°00'00" W, departing the south line of said Share 23-b, the south line of said Carlos J. Benavides, et al tract, the north line of said Share 23-a and along the east line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract and the west line of said Heron Ramirez, et al tract, a distance of 86.68 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-2049-3=RGV-RGC-2050-3" for the southeast corner of the herein described proposed acquisition tract;

**THENCE:** N 52°38'25" W, departing the west line of said Heron Ramirez, et al tract and the east line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, and over and across said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, a distance of 30.14 feet to a set 5/8" rebar with a "B&F Engineering, Inc." aluminum cap stamped "RGV-RGC-

**SCHEDULE C (Cont.)**

2016-4=RGV-RGC-2049-4" for the southwest corner of the herein described proposed acquisition tract, said point being on the west line of said Share 23-a and the west line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, the east line of said Share 3-b and the east line of said Rosalinda G. Rosales tract;

**THENCE:** N 47°00'00" E, along the east line of said Share 23-a, the west line of said known and unknown heirs of Jose Roel Montalvo and Eusebia Leonila Guerra Montalvo, et al tract, the east line of said Share 3-b and the east line of said Rosalinda G. Rosales tract, a distance of 96.14 feet to the **POINT OF BEGINNING** and containing 0.062 acre tract (2,717 square feet) parcel of land, more or less.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



Tract: RGV-RGC-2049
Owner: Jose Roel Montalvo, et al.
Acreage: 0.062

## SCHEDULE D (Cont.)

| DESCRIPTION | NORTHING | EASTING |
|---|---|---|
| RGV-RGC-2016-3=RGV-RGC-2049-1 | 16673649.303 | 792342.206 |
| RGV-RGC-2049-2=RGV-RGC-2050-4 | 16673624.558 | 792359.246 |
| RGV-RGC-2049-3=RGV-RGC-2050-3 | 16673565.445 | 792295.855 |
| RGV-RGC-2016-4=RGV-RGC-2049-4 | 16673583.737 | 792271.894 |

**GENERAL SURVEYOR'S NOTES:**
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS. SEE SURVEYORS REPORT FOR BOUNDARY AND REMAINING ACREAGE NOTES.
5. FIELD SURVEY WAS COMPLETED IN FEBRUARY 2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. B&F ENGINEERING, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONESTAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON MARCH 4, 2020 (TICKET NO. 2056447704).

METES & BOUNDS SURVEY
THE KNOWN & UNKNOWN HEIRS OF JOSE ROEL MONTALVO
& EUSEBIA LEONILA GUERRA MONTALVO, ET AL
TRACT No. RGV-RGC-2049
STARR COUNTY   TEXAS

Tract: RGV-RGC-2049
Owner: Jose Roel Montalvo, et al.
Acreage: 0.062

## SCHEDULE D (Cont.)



Tract: RGV-RGC-2049
Owner: Jose Roel Montalvo, et al.
Acreage: 0.062

# SCHEDULE E

## **SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-2049
Owner: Jose Roel Montalvo, et al.
Acreage: 0.062

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in conveyance recorded with the Official Records of Starr County (O.R.S.C.), Texas, Document No. 1971-79468, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIXTY FIVE DOLLARS AND NO/100 ($65.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| Unknown Heirs of<br>Jose Roel Montalvo | RGV-RGC-2049<br>Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Unknown Heirs of<br>Eusebia Leonila Guerra Montalvo | Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Jose Roel Montalvo<br>[redacted]<br>Roma, TX [redacted] | Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Ninfa Montalvo Mireless<br>[redacted]<br>Rio Grande City, TX [redacted] | Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Edna Montalvo Cantu<br>[redacted]<br>Roma, TX [redacted] | Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Anna (Ana Marie) Montalvo Garza<br>[redacted]<br>Chicago, IL [redacted]<br>Dob 7/3/1970- Husband Roque Garza | Warranty Deed<br>Document #; 1971-79468<br>Recorded December 20, 1971<br>Official Public Records of Starr County |
| Ameida Salinas<br>Starr County Tax Assessor – Collector<br>100 North FM 3167<br>Rio Grande City, TX 78582 | Tax Authority |