# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.: 7:20-CV-400 |
| 0.062 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND JOSE ROEL MONTALVO, ET AL., | § § § § § § | |
| *Defendants.* | § | |

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR THE UNITED STATES

Please take notice that the undersigned Assistant United States Attorney, J. Parker Gochenour, is hereby designated as Lead Counsel in this matter in place of Assistant United States Attorney Manuel Muniz Lorenzi. Manuel Muniz Lorenzi, hereby withdraws as counsel and request that he be terminated as counsel for the United States on the Court's docket. Manuel Muniz Lorenzi further requests that he no longer receive ECF notifications in this case.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:  *s/ J. Parker Gochenour*
**J. PARKER GOCHENOUR**
Assistant United States Attorney
S. D. Tex. ID No. 3620167
Virginia Bar No. 90069
UNITED STATES ATTORNEY'S OFFICE
11204 McPherson Road, Suite 100A
Laredo, TX  78045

Tel: (956) 586-8758
Fax: (956) 618-8016
E-mail: JGochenour@usa.doj.gov

And

**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9425
Facsimile: (956) 618-8010
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov

## CERTIFICATE OF SERVICE

I, Baltazar Salazar, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on April 7, 2021, I mailed a true and correct copy of the foregoing document via regular mail to the all parties still remaining in this case.

By: *s/ J. Parker Gochenour*
**J. PARKER GOCHENOUR**
Assistant United States Attorney